07-CV-05020-ORD

FILED _____ LODGED
_____ RECEIVED

APR 18 2007

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GRAYS HARBOR PUBLIC HOSPITAL DISTRICT NO. 1, d/b/a MARK REED HOSPITAL,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL O. LEAVITT, Secretary of the United States Department of Health and Human Services,<br><br>Defendant. | NO. CV-07-05020-RBL<br><br>STIPULATION FOR ORDER SETTING BRIEFING SCHEDULE |

On January 16, 2007, Grays Harbor Public Hospital District No. 1, d/b/a Mark Reed Hospital ("Plaintiff"), filed this action appealing the November 9, 2006 decision of the Secretary of the United States Department of Health and Human Services by and through the Administrator of the Centers for Medicare and Medicaid Services ("CMS"). The Secretary's decision reversed a decision in the Plaintiff's favor issued by the Provider Reimbursement Review Board ("PRRB") dated September 14, 2007 (Decision No. 2006-D52) regarding the allocation of direct nursing costs on the Hospital's fiscal year ending ("FYE") December 31, 2001 Medicare cost report.

STIPULATION FOR ORDER SETTING
BRIEFING SCHEDULE (CV-07-05020 RBL) - Page 1

LAW OFFICES
**BENNETT BIGELOW & LEEDOM, P.S.**
1700 Seventh Avenue, Suite 1900
Seattle, Washington 98101
T: (206) 622-5511 F: (206) 622-8986

On January 18, 2007, this Court entered an Order setting deadlines regarding Initial Disclosures, the Joint Status Report, and Early Settlement. The Joint Status Report is due to be filed on April 18, 2007. However, the parties are in agreement that the above-entitled case constitutes "an action for review on an administrative record" within the meaning of F.R.Civ.P. 26(a)(1)(E)(i), and is therefore exempt from the requirements of Rule 26(a) regarding "lay down" discovery, and from Rule 26(f) regarding participation in a discovery conference and formulation of a discovery plan. The parties are also in agreement that this case should be decided on cross-motions for summary judgment. Accordingly, the parties STIPULATE AND AGREE to the entry of an Order establishing the following schedule for the briefing and submission of cross-motions for summary judgment:

1. Defendant shall file and serve its motion for summary judgment and supporting memorandum on or before August 3, 2007;

2. Plaintiff shall file its memorandum in opposition to Defendant's motion for summary judgment and any cross-motion for summary judgment no later than August 31, 2007;

3. Defendant shall file any reply memorandum and its opposition to any cross-motion for summary judgment filed by Plaintiff no later than September 28, 2007;

4. Plaintiff shall file any reply memorandum by no later than October 26, 2007;

5. Both Defendant's motion for summary judgment and any cross-motion for summary judgment filed by Plaintiff shall be noted on Court's motion calendar for October 26, 2007; and

6. The January 18, 2007 Minute Order Regarding Initial Disclosures, Joint Status Report and Early Settlement setting deadline of April 4, 2007 for

STIPULATION FOR ORDER SETTING
BRIEFING SCHEDULE (CV-07-05020 RBL) - Page 2

LAW OFFICES
BENNETT BIGELOW & LEEDOM, P.S.
1700 Seventh Avenue, Suite 1900
Seattle, Washington 98101
T: (206) 622-5511  F: (206) 622-8986

| | |
|---|---|
| 1 | the FRCP 26(f) Conference shall be vacated. |
| 2 | **SO STIPULATED**. |

3  DATED April 17, 2007

Respectfully submitted,
JEFFREY C. SULLIVAN
United States Attorney

By: s/ Peter Winn  (by permission)
Assistant United States Attorney
700 Stewart Street, Ste. 5220
Seattle, WA 98101
Tel: (206) 553-7970
Peter.Winn@usdoj.gov

Robert Balderston
U.S. Department of Health and Human Services
Office of General Counsel
330 Independence Avenue SW,
5309 Cohan Bldg.
Washington, D.C. 20201
Tel: (202) 619-3601
Robert.Balderston@HHS.GOV

Attorneys for Defendant

**SO STIPULATED**.

DATED April 17, 2007

By: s/ Linda M. Coleman
Sanford E. Pitler, Esq.
Linda M. Colman, Esq.
BENNETT BIGELOW & LEEDOM, P.S.
1700 Seventh Avenue, Ste. 1900
Seattle, WA 98101-1355
Tel: (206) 622-5511
pitler@bbllaw.com

Attorneys for Plaintiff

**SO ORDERED**.

DATED this 18th day of April, 2007.

_signature_
Honorable RONALD B. LEIGHTON
U.S. District Court Judge

W:\Wdclient\2252\00001\MM709369.DOC

STIPULATION FOR ORDER SETTING
BRIEFING SCHEDULE (CV-07-05020 RBL) - Page 3

LAW OFFICES
**BENNETT BIGELOW & LEEDOM, P.S.**
1700 Seventh Avenue, Suite 1900
Seattle, Washington 98101
T: (206) 622-5511  F: (206) 622-8986